# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2014

149047 & (15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 149047
COA: 319913
Ingham CC: 13-000362-FH

LINDSEY LYNN KONOPKA,
       Defendant-Appellant.

_____/

       On order of the Court, the motion to add issue and file supplemental brief is GRANTED. The application for leave to appeal the February 21, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of whether the circuit court improperly imposed court costs, in light of our decision in *People v Cunningham*, 496 Mich 145 (2014), and if so, whether the circuit court's assessment of $500 in "court costs" constitutes plain error affecting the defendant's substantial rights. Contrast *People v Franklin*, 491 Mich 916 (2012), with *Johnson v United States*, 520 US 461, 467-468 (1997).

       We direct the Court of Appeals' attention to the fact that we have also remanded *People v Holbrook* (Docket No. 149005) to the Court of Appeals for consideration of similar issues. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2014



t0916

Clerk